# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA,<br><br>　　　　*Appellant*,<br><br>　　v.<br><br>CONSOL ENERGY INC., AND ITS WHOLLY OWNED SUBSIDIARIES, ET AL.,<br><br>　　　　*Appellees*. | No. 22-7110 |

## STATEMENT OF ISSUES TO BE RAISED

Pursuant to the Court's Order dated July 29, 2022, Appellant International Union, United Mine Workers of America ("UMWA"), through undersigned counsel, hereby submits the following Statement of Issues to be Raised in this appeal of the United States District Court for the District of Columbia ("District Court") July 8, 2022 Order and the District Court's July 8, 2022 accompanying Memorandum

Opinion. Without waiving any rights to raise additional issues, Appellant sets forth the following issues:

1. Whether Appellant UMWA has standing pursuant to Article III of the United States Constitution to seek enforcement and/or confirmation of the underlying arbitration award.

2. Whether Appellant UMWA is entitled to judicial enforcement and/or confirmation of the underlying arbitration award.

          Respectfully submitted,

          *Deborah Stern*
          Deborah Stern, Esq. (DC Bar No. 362764)
          United Mine Workers of America
          18354 Quantico Gateway Drive, #200
          Triangle, Virginia 22172
          Telephone: 703.291.2429
          Facsimile: 703.291.2448
          Email: dstern@umwa.org

Dated: August 26, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **STATEMENT OF ISSUES TO BE RAISED** was served on Appellees on August 26, 2022, by using the Court's CM/ECF electronic filing system, which will send notice to counsel of record:

John R. Woodrum, Esq.
Gregory Mott, Esq
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, DC 20006
Telephone: 202.887.0855
Facsimile: 202.887.0866
john.woodrum@ogletreedeakins.com
greg.mott@ogletreedeakins.com

*Deborah Stern*
Deborah Stern